# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00299-CV

**Chris Thompson and ETL Elite Landscape, Inc., Appellants**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
NO. D-1-GV-06-002459, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants' brief was due on November 3, 2008. On December 15, 2008, this Court notified the Appellants that their brief was overdue and that their failure to file a motion for extension of time by December 29, 2008, would result in the dismissal of this appeal for want of prosecution. To date, the Appellants have not responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Puryear and Henson

Dismissed for Want of Prosecution

Filed: February 6, 2009